United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FREAR S. SCHMID,  No. C-12-03899 DMR

    Plaintiff(s),  **ORDER VACATING ALL PENDING DATES AND DISMISSING CASE**

    v.

SF CITY & COUNTY,

    Defendant(s).
_____/

The court having been advised that the parties have agreed to a settlement of this case,

IT IS HEREBY ORDERED that all pending hearing dates are VACATED, and this case is dismissed in its entirety with prejudice; provided, however, that if any party hereto shall certify to this court, within **120 days**, with proof of service of a copy thereon to opposing counsel, that the agreed consideration for said settlement has not been delivered over, the foregoing Order shall stand vacated and this case shall forthwith be restored to the calendar to be set for trial. All further dates are vacated.

IT IS SO ORDERED.

Dated: January 25, 2013

_____
DONNA M. RYU
United States Magistrate Judge